UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO SAUCEDO,<br><br>Petitioner,<br><br>v.<br><br>JAMES ROBERTSON,<br><br>Respondent. | Case No. ED CV 19-00895 DSF (RAO)<br><br><br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: September 18, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE